UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHELLE McKENNA,

    Plaintiff,

vs.

HAKKASAN LIMITED and ANGEL MANAGEMENT GROUP,

    Defendants.

Case No. 2:14-cv-01222-GMN-GWF

**ORDER**

    This matter is before the Court on the Defendants' Motion for Qualified Protective Order (#33) filed October 7, 2015. There being no opposition, and good cause appearing therefore,

    **IT IS HEREBY ORDERED** that Defendants' Motion for Qualified Protective Order (#33) is **granted.**

    **IT IS FURTHER ORDERED** that the hearing scheduled for November 13, 2015 at 2:30 p.m. is **vacated.**

    DATED this 10th day of November, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge