1

2

3

4

# UNITED STATES DISTRICT COURT

5

## DISTRICT OF NEVADA

6

7   MICHELLE McKENNA,                    )

8          Plaintiff,                    )        Case No. 2:14-cv-01222-GMN-GWF
                                         )
9   vs.                                  )        **ORDER**
                                         )
10  HAKKASAN LIMITED and ANGEL           )
    MANAGEMENT GROUP,                    )
11                                       )
12         Defendants.                   )
    _____)

13         This matter is before the Court on Defendants' Motion to File Under Seal Defendants'

14  Motion for Summary Judgment (ECF No. 48), filed on September 30, 2016.

15         Defendants request leave to file their Motion for Summary Judgment (ECF No. 45) under

16  seal pursuant to their Qualified Protective Order (ECF Nos. 35 and 36) and pursuant to the Health

17  Insurance Portability and Accountability Act of 1996).  Defendants assert that their motion contains

18  several depositions and exhibits that have been designated "Confidential" and discuss information

19  relating to Plaintiff's sensitive medical and employment records.  *See* ECF No. 48.  Upon review,

20  the Court finds good cause to allow Defendants' unredacted Motion for Summary Judgment to be

21  filed under seal.  Accordingly,

22         **IT IS HEREBY ORDERED** that Defendants' Motion to File Under Seal Defendants'

23  Motion for Summary Judgment (ECF No. 48) is **granted**.

24         DATED this 3rd day of October, 2016.

25

26                                        _____
                                          GEORGE FOLEY, JR.
27                                        United States Magistrate Judge

28